UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Andy Joseph Clements**  Docket No. 7:17-CR-6-1BO

## Petition for Action on Supervised Release

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andy Joseph Clements, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on June 7, 2017, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Andy Joseph Clements was released from custody on August 22, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant released from BOP custody to the supervision of the U.S. Probation Office in the Middle District of North Carolina. The defendant's supervising U.S. Probation Officer, Aaron K. Krah, has requested a modification to the defendant's conditions of supervised release to include substance abuse testing and treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Christopher Studley<br>Christopher Studley<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8669<br>Executed On: November 21, 2018 |

Andy Joseph Clements
Docket No. 7:17-CR-6-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23__ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

_Terrence W. Boyle_
Terrence W. Boyle
Chief United States District Judge